UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Francisco Hernandez, et al.
    Plaintiff

  v.

CIVIL ACTION NO.:
13-13047-ADB

Wells Fargo Bank, N.A.

    Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **FINAL JUDGMENT**
July 22, 2015

BURROUGHS, .D.J.

  In accordance with the Memorandum and Order entered on July 22, 2015, Wells Fargos motion to dismiss the Amended Complaint, as converted by the Court to a motion for summary judgment, is GRANTED. Judgment entered for the defendant.

  SO ORDERED.

              /s/ Allison D. Burroughs
              ALLISON D. BURROUGHS
              United States District Judge